**Dismissed and Opinion Filed May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00570-CV

**CATHERINE MOORE, Appellant**
**V.**
**REGIS SQUARE APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01968-E**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated October 28, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. Our postcard was returned to the Court as undeliverable with no forwarding address. To date, appellant has not notified the Court of her current address, has not filed a brief, has not filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

140570F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CATHERINE MOORE, Appellant

No. 05-14-00570-CV      V.

REGIS SQUARE APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-01968-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee REGIS SQUARE APARTMENTS recover her costs of this appeal from appellant CATHERINE MOORE.

Judgment entered May 5, 2015.